**No. 10-1387. Donny G. Douglas, Petitioner v. United States.**

**No. 10-10483. Jay Campbell, Petitioner v. United States.**

564 U.S. 1020, 131 S. Ct. 3039, 180 L. Ed. 2d 847, 2011 U.S. LEXIS 4680.

June 20, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same cases below, 634 F.3d 852.